# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANELLE ATKINSON-WIGNALL,**  Plaintiff,  vs.  **STATE UNIVERSITY OF NEW YORK,**  Defendant. | Case No: 2:19-CV-6527  **NOTICE OF WITHDRAWAL OF COUNSEL**  **(BEATRIZ MATE-KODJO)** |

**COMES NOW** the undersigned attorney, Beatriz Mate-Kodjo, and hereby withdraws as attorney of record for the Plaintiff, Janelle Atkinson-Wignall, with regard to the above-captioned matter. Plaintiff will continue to be represented by Thomas Newkirk, Danya Keller, Carlo deOliveira, and Phillip Steck. Neither party will be prejudiced by this withdrawal of counsel.

Respectfully Submitted,

__/s/ Beatriz Mate-Kodjo___
Thomas Newkirk
tnewkirk@newkirklaw.com
Beatriz Mate-Kodjo
Bmate-kodjo@newkirklaw.com
Danya Keller
dkeller@newkirklaw.com
NEWKIRK ZWAGERMAN, P.L.C.
521 East Locust Street, Suite 300
Des Moines, IA 50309
Telephone: (515) 883-2000
Fax: (515) 883-2004

Carlo deOliveira
Phillip G. Steck

                                                            Cooper Erving & Savage LLP
                                                            steck@cooperirving.com
                                                            cdeoliveira@coopererving.com
                                                            39 N. Pearl Street
                                                            Albany, NY 12207
                                                            Ph: (518) 449-3900
                                                            Fax: (518) 432-3111
                                                            **ATTORNEYS FOR PLAINTIFF**

Original Filed.

Copies to All Parties via EDMS.