

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

REGIONAL OFFICE DIVISION  
NASSAU REGIONAL OFFICE

September 21, 2021

**Via ECF**

The Honorable Steven I. Locke  
United States Magistrate Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

Re: *Atkinson-Wignall v. State University of New York*, No. 2:19-cv-6527 (GRB/SIL)

Dear Judge Locke:

This Office represents Defendant, State University of New York, in the above-referenced matter. I write with the consent of Plaintiff's counsel to notify the Court that the parties have reached an agreement in principle to resolve this matter without further litigation. In light of this development, the parties respectfully request that all pending deadlines be stayed. The parties will work diligently to finalize their agreement and submit it for the approval of the Court.

Thank you for your attention to this matter.

Respectfully submitted,

s/ *Helena Lynch*  
Helena Lynch  
Assistant Attorney General, *Of Counsel*  
Direct: (516) 248-3312  
Helena.Lynch@ag.ny.gov

cc: Counsel of Record (via ECF)