

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

REGIONAL OFFICE DIVISION
NASSAU REGIONAL OFFICE

October 18, 2021

**Via ECF**

The Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    *Atkinson-Wignall v. State University of New York*, No. 2:19-cv-6527 (GRB/SIL)

Dear Judge Brown:

This Office represents Defendant, State University of New York, in the above-referenced matter. I write with the consent of Plaintiff's counsel with respect to the Court's order dated September 23, 2021, dismissing this case without prejudice and notifying the parties that the dismissal would be deemed with prejudice absent further action by the parties.

The parties request that the Court extend until January 31, 2022 the date by which the case will be deemed dismissed with prejudice. The reason for the request is to allow time for the payments set forth in the Settlement Agreement to be processed and issued.

Thank you for your attention to this matter.

Respectfully submitted,

s/ *Helena Lynch*

Helena Lynch
Assistant Attorney General, *Of Counsel*
Direct: (516) 248-3312
Helena.Lynch@ag.ny.gov

cc:    Counsel of Record (via ECF)